# In the United States District Court
## for the Southern District of Georgia
## Waycross Division

FRANKLIN IGNACIO AUCCAHUASI
LOAIZA,

    Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

    Respondents.

CV 5:26-669

## ORDER

Before the Court is a stipulation of dismissal, dkt. no. 4, wherein the parties notify the Court that they wish to dismiss this habeas action without prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED,** this __16__ day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA